<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

**No. 06-1793**

ALICE M. DEANE,

Plaintiff - Appellant,

versus

MARSHALLS, INCORPORATED,

Defendant - Appellee.

**No. 06-2039**

ALICE M. DEANE,

Plaintiff - Appellant,

versus

MARSHALLS, INCORPORATED,

Defendant - Appellee.

**No. 06-2174**

ALICE M. DEANE,

Plaintiff - Appellant,

versus

MARSHALLS, INCORPORATED,

Defendant - Appellee.

_____

Appeals from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, Senior District Judge.  (7:06-mc-00031-jct)

_____

Submitted:  January 31, 2007          Decided:  February 20, 2007

_____

Before GREGORY, SHEDD, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Alice M. Deane, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Alice M. Deane appeals the district court's order denying leave to proceed in forma pauperis and dismissing her civil action[*] and the order denying her motion filed under Fed. R. Civ. P. 60(b). With regard to Deane's appeal of the order denying her Rule 60(b) motion, we find that Deane has waived appellate review of that order by failing to challenge the district court's reasoning in her informal appellate brief. Turning to the district court's order dismissing Deane's civil action, we have reviewed the record and find no reversible error. Accordingly, we grant Deane leave to proceed in forma pauperis and affirm the order dismissing her civil action but modify the dismissal to be without prejudice. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]We have jurisdiction to review this order because the district court properly granted an extension of time to appeal.